FILED

2021 FEB -1 AM 11:28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | SA21-61 MJ |
| John Demarr | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: _Complaint_
in the _Eastern District_ District of _New York_ on _1/29/2021_
at _____ ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about _1/29/2021_
in violation of Title _18_ U.S.C., Section(s) _371_
to wit: _Securities Fraud_

A warrant for defendant's arrest was issued by: _____

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _2/1/2021_
             Date

_[signature]_                          _Craig Schrecker_
Signature of Agent                     Print Name of Agent

_FBI_                                  _Special Agent_
Agency                                 Title